UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC GEROW,

    Plaintiff,

v.                                                                       Case No. 8:24-cv-2280-WFJ-NHA

TOM BLACKWELL, *et al.*,

    Defendants.
_____/

## ORDER

Plaintiff Eric Gerow initiated this action arising from work performed on his vehicle in Arizona. Dkt. 1. Plaintiff sues three Defendants, all citizens of Arizona. Mr. Gerow alleges many theories and claims for relief, and all of the parties and witnesses are located in Arizona, save Plaintiff. This Court issued a show cause order directing Mr. Gerow to state why this case should not be transferred to the District of Arizona, due to no apparent venue present in the Middle District of Florida. Mr. Gerow responded that he takes no position on the issue of transferring the case and notes that the Defendants have not yet been served. Dkt. 19. He also discloses an action already pending in the District of Arizona involving these same parties and perhaps others: 2:23-cv-1059-PHX-DGC. *Id*. at 1.

Because the events giving rise to Plaintiff's claims occurred in Arizona, the Court concludes that this action should be transferred to the District of Arizona. *See* 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought[.]").

Accordingly, under 28 U.S.C. § 1404(a), this case is **TRANSFERRED** to the United States District Court of Arizona, for all further proceedings. The Clerk shall immediately forward the file to that District and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, on December 9, 2024.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE